IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02323-BNB

THERESA GARCIA,

    Plaintiff,

v.

ALVIN LaCABE,
DEPUTY SHERIFF KESSLER,
DEPUTY SHERIFF CASADOS,
DEPUTY SHERIFF GONZALEZ,
JANE DOES I THROUGH X,
JOHN DOES I THROUGH X, and
BILL LIVINGIER,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 20 2009

GREGORY C. LANGHAM
               CLERK

## ORDER OF DISMISSAL

At the time Plaintiff Theresa Garcia initiated the instant action, she was in the custody of the Colorado Department of Corrections and was incarcerated at the LaVista Correctional Facility in Pueblo, Colorado. Ms. Garcia submitted to the Court a change of address, on October 14, 2009, indicating that she no longer is incarcerated and now is residing in Denver, Colorado.

In an order entered on October 15, 2009, Magistrate Judge Boyd N. Boland instructed Ms. Garcia that because she no longer is incarcerated she is obligated to pay the filing fee like any nonprisoner, solely on the basis of whether she qualifies for *in forma pauperis* status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997);

*In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996).

Magistrate Judge Boland ordered Ms. Garcia either to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, or in the alternative to pay the $350.00 filing fee in full if she desired to pursue her claims in this action. Ms. Garcia was warned that the action would be dismissed without further notice if she failed to comply with the October 15, 2009, Order within the time allowed.

Ms. Garcia now has failed to communicate with the Court, and as a result she has failed to comply with Magistrate Judge Boland's October 15, 2009, Order within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed for failure to comply with the October 15, 2009, Order within the time allowed.

DATED at Denver, Colorado, this 20 day of November, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.09-cv-02323-BNB

Theresa Garcia
3000 W. Yale Apt. 904
Denver, CO 80219

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/20/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk